ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 5 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

MARTIQUE MCGRIFF,
    a/k/a "Analyze,"

        Defendant.

- - - - - - - - - - - - - - - - x

SEALED
INDICTMENT

18 Cr. _____

18 CRIM 527

## COUNT ONE

(Sex Trafficking)

The Grand Jury further charges:

1. From in or about January 2018, up to and including in or about May 2018, within the Southern District of New York and elsewhere, MARTIQUE MCGRIFF, a/k/a "Analyze," the defendant, willfully and knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means one or more persons, and did benefit, financially and by receiving things of value, from participation in a venture that engaged in any such act, knowing and in reckless disregard of the fact that force, threats of force, fraud, coercion, as described in Title 18, United States Code, Section 1591(e)(2), and a combination of such means, would be used to cause such persons to engage in one and more commercial sex acts, to wit,

MCGRIFF recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained an adult victim ("Victim-1") through force, threats of force, fraud, coercion, and a combination of such means, who was caused to engage in at least one commercial sex act, the proceeds of which were transferred to MCGRIFF.

(Title 18, United States Code, Sections 1591(a), (b)(1) and 2.)

## FORFEITURE ALLEGATIONS

2. As a result of committing the offense alleged in Count One of this Indictment, MARTIQUE MCGRIFF, a/k/a "Analyze," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), any property, real and personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of the offense alleged in Count One, and any property, real and personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense alleged in Count One, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendants personally obtained.

### Substitute Asset Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981, and 1594; Title 21,
United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON        7/05/18

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**MARTIQUE MCGRIFF,**
a/k/a "Analyze,"

Defendant.

---

**INDICTMENT**

18 Cr. \_\_\_

(18 U.S.C. §§ 1591(a)(1),(2), (b)(1), and 2)

GEOFFREY S. BERMAN
United States Attorney

*[signature]*
Foreperson

---

7/25/18 Files Indictment, warrant issues
 copy usmj