

**Dechert** LLP

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**MICHAEL J. GILBERT**

michael.gilbert@dechert.com
+1 212 698 3886 Direct
+1 212 698 0426 Fax

RECEIVED OCT 3 1 2019 CHAMBERS OF KIMBA M. WOOD U.S.D.J.-S.D.N.Y.

October 30, 2019

**VIA ECF**

Honorable Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/19

**MEMO ENDORSED**

Re: *U.S. v. Lesane*, 18-cr-527 (KMW)

Dear Judge Wood:

On behalf of Defendant Steven Lesane, I write to request an adjournment of our follow-up status conference currently scheduled for November 6, 2019 at 3:00pm. Subject to the Court's availability, I request an adjournment until November 19, 2019. I have conferred with the Government and they consent to this adjournment. All of the parties, including counsel at Wachtell, Lipton, Rosen & Katz, are available for a conference on November 19, 2019 after 10:00am.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/ Michael J. Gilbert

Michael J. Gilbert

MJG

The conference is adjourned to Wednesday, November 20, 2019, at 3:30 p.m.

SO ORDERED: 10-31-19 N.Y., N.Y.

/s/ Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.