# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

RECEIVED JAN 0 2 2020
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/20

December 27, 2019

**MEMO ENDORSED**

Via ECF

The Honorable Kimba M. Wood
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Martique Mcgriff*, 18 CR 527 (KMW) (S.D.N.Y.)

Dear Judge Wood:

I represent the defendant Martique Mcgriff in the above-referenced case, for which we currently have a sentencing date of January 29, 2020 at 11 a.m. I write to request a two-month adjournment of Mr. Mcgriff's sentencing date to a date and time convenient for Your Honor. This is the second request for an adjournment of Mr. Mcgriff's sentencing date, which was originally scheduled for November 14, 2019. While we have received some of the records requested by the defense relating to Mr. Mcgriff's background, we are still waiting to receive several additional sets of records which are necessary to prepare Mr. Mcgriff's sentencing submission.

*Sentencing is adjourned to March 25, 2020, at 11:00 a.m. Defendant's submission is due by March 11. Government submission is due by March 18.*

Respectfully submitted,

/s/ Nicole Friedlander

Nicole Friedlander

SO ORDERED:   N.Y., N.Y.   1/7/20

_____
KIMBA M. WOOD
U.S.D.J.