```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    4/15/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

          -against-

MARTIQUE MCGRIFF,

                  Defendant.
-----------------------------------------------------------X

18-CR-527 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Tuesday, April 28, 2020, is adjourned to July 9, 2020, at 11:00 a.m. The sentencing that is currently scheduled for May 27, 2020, is adjourned to July 30, 2020, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
      April 15, 2020

                                            /s/ Kimba M. Wood /
                                              KIMBA M. WOOD
                                       United States District Judge