# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

125 Broad Street
New York, New York 10004-2498

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY



April 16, 2020

Via ECF

The Honorable Kimba M. Wood
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Martique Mcgriff</u>, 18 Cr. 527 (KMW) (S.D.N.Y.)

Dear Judge Wood:

    On behalf of the defendant Martique Mcgriff, I write regarding the court conference that was originally scheduled for April 28, 2020 at 11 a.m. As Your Honor is aware, in response to my request on February 24, 2020, the Court had scheduled this conference to consider the appointment of additional CJA counsel to review Mr. Mcgriff's plea and assist Mr. Mcgriff in evaluating any options he may have. In an effort to reduce the parties' risk of exposure to COVID-19, the Court adjourned this April 28 conference to July 9, 2020, and Mr. Mcgriff's sentencing to July 30, 2020.

    I respectfully request that the Court keep the April 28 conference as originally scheduled, or reschedule it to a date as early as possible thereafter, and proceed by teleconference. The additional time between the date on which any counsel is appointed and the sentencing date will enable new counsel to learn the relevant facts and issues and communicate with Mr. Mcgriff about his options and considerations with respect to his plea and sentencing. I have communicated with Mr. Mcgriff, who waives his appearance at the conference for purposes of the Court's consideration of appointment of additional counsel.

Unless the Court hears objection by April 23, 2020, the Court will appoint CJA counsel, by order, by April 28, 2020.

Respectfully submitted,

/s/ Nicole Friedlander
Nicole Friedlander

Kimba M. Wood    4/22/20
SO ORDERED