UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

MARTIQUE MCGRIFF,

           Defendant.
-----------------------------------------------------------------x

**ORDER**
18 CR 527 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/20

KIMBA M. WOOD, District Judge:

    The Court hereby appoints CJA counsel on duty today, Susan Marcus, Esq., to review the defendant's plea and assist the defendant in evaluating his options and considerations with respect to his plea and sentencing. Defense counsel of record, and the Government, shall provide Ms. Marcus with any relevant materials.

    The parties shall send a written update to the Court by June 15, 2020.

    SO ORDERED.

Dated: New York, New York
       April 27, 2020

*/s/ Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE