# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*

*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/20
```

June 5, 2020

Via ECF

The Honorable Kimba M. Wood
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Martique Mcgriff, 18 Cr. 527 (KMW) (S.D.N.Y.)</u>

Dear Judge Wood:

    I represent the defendant Martique Mcgriff, who is currently scheduled to be sentenced in the above-captioned case on July 30, 2020 at 11 a.m. I write to request a 90-day adjournment of Mr. Mcgriff's sentencing to a date and time convenient for the Court. Susan K. Marcus, whom Your Honor appointed as additional CJA counsel to assist Mr. Mcgriff in reviewing his plea agreement, joins in this application. Ms. Marcus and I jointly seek this adjournment to allow additional time for discussions with Mr. Mcgriff to continue and for Mcgriff to determine how he intends to proceed. We need additional time for substantive meetings and calls with Mr. Mcgriff, which have been severely limited due to the limitations imposed as a result of the ongoing pandemic.

    Relatedly, we understand from the U.S. Probation Office that the second disclosure date for the Pre-Sentence Report is currently scheduled for June 30, 2020, and we would request a similar adjournment of that date in light of Mr. Mcgriff's continuing dialogue with Ms. Marcus. **Granted**

Respectfully submitted,

/s/ Nicole Friedlander

Nicole Friedlander

*Handwritten order:* Sentencing is adjourned to October 26, 2020, at 11:00 am. Defendant's submission is due by October 13. Government submission is due by October 19. The second disclosure date for the PSR is adjourned to September 28.

Kimba M. Wood  6/5/20

SO ORDERED