Law Firm of
**Susan K Marcus, LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ♦ F: 888-291-2078 ♦ E: susan@skmarcuslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/20

September 11, 2020

VIA ECF

Honorable Judge Kimba Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

*In re: United States v. McGriff*, 18-CR-527

Dear Judge Wood:

    I was appointed on April 27, 2020 to advise Mr. McGriff about his plea. Communication with Mr. McGriff has been extremely difficult because of the lack of in-person visitation at MDC. I still have not met Mr. McGriff in person, and review of the discovery with him has been impossible. To adequately review the material with Mr. McGriff and discuss the case with him, I require additional time. In-person visiting is resuming at MDC, and I hope to be able to make more headway with him now. Therefore, I request a 60-day adjournment of his sentencing date, with a corresponding adjournment of the filing deadlines. AUSA Jacob Gutwillig consents to the adjournment.

    Thank you for your consideration of this request.

Sincerely,

*Susan K Marcus*

Susan K. Marcus, Esq.

*Sentencing is adjourned to December 28, 2020, at 12:30 p.m. Defendant's submission is due by December 14. Government submission is due by December 21.*

SO ORDERED: N.Y., N.Y.  9/14/20

*Kimba M. Wood*
_____
KIMBA M. WOOD
U.S.D.J.