Law Firm of
**Susan K Marcus, LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆E: susan@skmarcuslaw.com

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:_____               │
│ DATE FILED: 3/9/21          │
└─────────────────────────────┘
```

February 17, 2021

VIA ECF

Honorable Judge Kimba Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

In re: *United States v. McGriff*, 18-CR-527

Dear Judge Wood:

I write to request another adjournment for Mr. McGriff's sentencing. Unfortunately since I last wrote to the Court, legal visiting at MDC has been completely suspended. Although it opened theoretically this week, my request to visit with Mr. McGriff was denied by the legal department because he is housed in a quarantined unit. I still need to be able to meet with him in person for a period of time to resolve adequately review the material with him and discuss the case with him. Additionally, Mr. McGriff requests an in-person sentencing, which still does not appear to be safely possible in the near future. Therefore, I request a 90-day adjournment of his sentencing date, with a corresponding adjournment of the filing deadlines. AUSA Jacob Gutwillig consents to the adjournment.

Thank you for your consideration of this request.

Sincerely,

Susan K. Marcus, Esq.

*Sentencing is adjourned to June 28, 2021, at 11:00 a.m. Defendant's submission is due by June 14. Government submission is due by June 21.*

SO ORDERED: N.Y., N.Y. 3/9/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.