Law Firm of
**Susan K Marcus, LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆E: susan@skmarcuslaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/21

May 25, 2021

VIA ECF

Honorable Judge Kimba Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

*In re: United States v. McGriff*, 18-CR-527

Dear Judge Wood:

I write to request another adjournment for Mr. McGriff's sentencing. There are still outstanding issues to resolve for Mr. McGriff's sentencing. While legal visiting has resumed, it is still extremely limited. I need more time to be able to meet with Mr. McGriff before we can be ready to proceed to sentencing. Additionally, Mr. McGriff requests an in-person sentencing. Although some restrictions are subsiding, not all of his family are comfortable appearing in person at this time, inmates are still coming down with COVID-19 at the MDC, and he will be prejudiced by having to quarantine upon his return. Therefore, I request an adjournment until a convenient date for the Court in September of his sentencing date, with a corresponding adjournment of the filing deadlines.

Thank you for your consideration of this request.

Sincerely,

Susan K. Marcus, Esq.

*Sentencing is adjourned to September 23, 2021, at 11:00 a.m. Defendant's submission is due by September 9, 2021. Government submission is due by September 16, 2021.*

SO ORDERED: N.Y., N.Y. 5/26/21

_____
KIMBA M. WOOD
U.S.D.J.