Law Firm of
**Susan K Marcus, LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆E: susan@skmarcuslaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/21

September 2, 2021

VIA ECF

Honorable Judge Kimba Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

*In re: United States v. McGriff*, 18-CR-527

Dear Judge Wood:

I write to request another adjournment for Mr. McGriff's sentencing. On August 3, 2021 Sullivan & Cromwell was relieved as counsel for Mr. McGriff. They had been primarily responsible for preparing for Mr. McGriff's sentencing. I have reviewed the materials prepared thus far, and have determined that there are outstanding issues and records that I still need to gather in order to be prepared for his sentencing, and require additional time. Further, Mr. McGriff still requests an in-person sentencing. With the increase in COVID-19 cases, some of his family are comfortable appearing in person at this time. Therefore, I request a 60 or 75-day adjournment on a convenient date for the Court in of his sentencing date, with a corresponding adjournment of the filing deadlines.

Thank you for your consideration of this request.

Sincerely,

Susan K. Marcus, Esq.

*[Handwritten endorsement:] Sentencing is adjourned to December 8, 2021, at 11:00 a.m. Defendant's submission is due by November 24. Government submission is due by December 1.*

SO ORDERED: N.Y., N.Y.  9/2/21

KIMBA M. WOOD
U.S.D.J.