Law Firm of
**Susan K Marcus, LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

September 2, 2021

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/21
```

VIA ECF

Honorable Judge Kimba Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

In re: *United States v. McGriff*, 18-CR-527

Dear Judge Wood:

I respectfully request permission for all appointed counsel and experts in the above-referenced case to be approved to submit interim CJA payment vouchers. ] Granted. KMW

Sincerely,

*Susan K Marcus*

Susan K. Marcus, Esq.

SO ORDERED: N.Y., N.Y.    9/2/21

_____
KIMBA M. WOOD
U.S.D.J.