Law Firm of
**Susan K Marcus, LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/21
```

November 23, 2021

VIA ECF

Honorable Judge Kimba Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

In re: *United States v. McGriff*, 18-CR-527

Dear Judge Wood:

    I write to request a final adjournment for Mr. McGriff's sentencing. Although this case has been pending for some time, I took over as counsel for Sullivan & Cromwell in August of this year. I have been diligently preparing for Mr. McGriff's sentencing; however, due to the continuing delays caused by the COVID pandemic, I am still awaiting important information relevant to the Court's consideration of 18 U.S.C. 3553(a) factors. I am requesting an approximate 30-day adjournment of his sentencing date, with a corresponding adjournment of the filing deadlines.

    Thank you for your continued patience during this difficult time, and for your consideration of this request.

Sincerely,

/s/ K Marcus

Susan K. Marcus, Esq.

*Sentencing is adjourned to January 19, 2022, at 10:30 a.m. Defendant's submission is due by January 5. Government submission is due by January 12.*

SO ORDERED: N.Y., N.Y. 11/29/21

/s/ Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.