Law Firm of
**Susan K Marcus, LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ♦ F: 888-291-2078 ♦E: susan@skmarcuslaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/22
```

January 3, 2022

VIA ECF

Honorable Judge Kimba Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

*In re: United States v. McGriff*, 18-CR-527

Dear Judge Wood:

    I write to request an adjournment for Mr. McGriff's sentencing. The Court has informed counsel that it is not holding in-person sentencings in January. Mr. McGriff would like an in-person sentencing. Undersigned counsel is unavailable in February; and requests a date between March 7 and March 23, 2022 for Mr. McGriff's sentencing, with a corresponding adjournment of the filing deadlines.

    Thank you for your consideration of this request.

Sincerely,

*Susan K Marcus*

Susan K. Marcus, Esq.

*Sentencing is adjourned to March 9, 2022, at 12:00 p.m. Defendant's submission is due by February 23. Government submission is due by March 2.*

SO ORDERED: N.Y., N.Y. 1/4/22

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.