Law Firm of
**Susan K Marcus, LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/22

February 21, 2022

VIA ECF

Honorable Judge Kimba Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

In re: *United States v. McGriff*, 18-CR-527

**MEMO ENDORSED**

Dear Judge Wood:

    I write to request an adjournment for Mr. McGriff's sentencing. The Court adjourned Mr. McGriff's sentencing upon request to March 9, 2022. Unfortunately, a trial that was scheduled to be completed by March 9 is now starting March 2, and I estimate that I will be on trial from March 2 through approximately March 23, 2022. I request a date after March 30, 2022 for Mr. McGriff's sentencing, convenient with the Court's schedule, with a corresponding adjournment of the filing deadlines.

    Thank you for your consideration of this request.

Sincerely,

*/s/ Susan K Marcus/*

Susan K. Marcus, Esq.

*Sentencing is adjourned to April 6, 2022 at 10 a.m. Defendant's submission is due by March 23. The Government's submission is due by March 30.*

SO ORDERED, N.Y., N.Y. 2/24/22

*/s/ Kimba M. Wood/*
KIMBA M. WOOD
U.S.D.J.