UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/22

-against-

**ORDER**
18 CR 527 (KMW)

MARTIQUE MCGRIFF,

                            Defendant.
-----------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The in-person sentencing for the above-captioned defendant, currently scheduled for Wednesday, April 6, 2022, at 10:00 a.m. is moved to 10:15 a.m.

SO ORDERED.

Dated: New York, New York
        March 21, 2022

                                                        KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE