UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────── X

UNITED STATES OF AMERICA,

vs.   CRIM. NO. 18-527 (KMW)

MARTIQUE MCGRIFF,

    Defendant.

───────────────────────────────── X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/22

~~PROPOSED~~ ORDER

**HAVING CONSIDERED** Martique McGriff's Motion to Clarify Sentence in the above-named matter;

It is hereby **ORDERED** that Mr. McGriff's motion be **GRANTED.** This Court sentenced Mr. McGriff to a total of 111 months, with credit for the time he served in pretrial custody. Thus, the Court's intention was that Mr. McGriff would serve an approximate additional 66 months in custody (less any good time credits Mr. McGriff may receive while in custody). To the extent that the Bureau of Prisons has interpreted this Court's sentence or the Statement of Reasons to the contrary, that is in error. The Bureau of Prisons is directed to modify their calculations of Mr. McGriff's sentence to give him credit for the time spent in pretrial custody.

Signed this 28th day of November, 2022.

*Kimba M. Wood*
Hon. Kimba M. Wood
United States District Judge